THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECRET HARBOR, a Washington nonprofit corporation,<br><br>                    Plaintiff,<br>       v.<br><br>WESTERN WORLD INSURANCE COMPANY INC, a New Hampshire corporation,<br><br>                    Defendant. | CASE NO. C20-1109-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulated motion to extend Defendant's time to answer the complaint (Dkt. No. 9). The parties' motion is hereby GRANTED. Defendant shall file its answer to Plaintiff's complaint no later than until August 7, 2020.

DATED this 28th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1109-JCC
PAGE - 1