THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SECRET HARBOR, a Washington nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN WORLD INSURANCE COMPANY, INC., a New Hampshire corporation, <br><br> Defendant. | CASE NO. C20-1109-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for serving initial disclosures (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 14) and ORDERS that the deadline for the parties to serve initial disclosures is extended by 14 days until November 9, 2020.

//

//

//

MINUTE ORDER
C20-1109-JCC
PAGE - 1

1 | DATED this 29th day of October 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk