THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECRET HARBOR, a Washington nonprofit corporation,<br><br>                  Plaintiff,<br>    v.<br><br>WESTERN WORLD INSURANCE COMPANY, INC., a New Hampshire corporation,<br><br>                  Defendant. | CASE NO. C20-1109-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement filed by Defendant (Dkt. No. 19). According to the notice, the parties have agreed to settle all claims in this matter in principle. (*Id.*) Within 60 days of the date of this order, the parties must file a stipulated dismissal or a joint status report. The Clerk is DIRECTED to vacate the trial date and case management deadline and to statistically close this case pending the parties' completion of the settlement.

//
//
//

MINUTE ORDER
C20-1109-JCC
PAGE - 1

DATED this 13th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk